**Order entered August 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00320-CV

## IN RE KENNETH LEE COUNCIL, Relator

## Original Proceeding

**ORDER**
Before Justices Partida-Kipness, Myers, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/  Robbie Partida-Kipness
ROBBIE PARTIDA-KIPNESS
JUSTICE